1 | RICHARD B. GOETZ (S.B. #115666)
rgoetz@omm.com
2 | KELSEY M. LARSON (S.B. #267982)
klarson@omm.com
3 | O'MELVENY & MYERS LLP
4 | 400 S. Hope Street
Los Angeles, CA 90071-2899
5 | Telephone: (213) 430-6000
Facsimile: (213) 430-6407
6 |

7 | MATTHEW D. POWERS (S.B. #212682)
mpowers@omm.com
8 | O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
9 | San Francisco, CA 94111-3823
Telephone: (415) 984-8700
10 | Facsimile: (415) 984-8701

11 | Attorneys for Defendant
12 | Apple Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ROSS MISSAGHI, individually, and on behalf of all other similarly situated customers of Apple, Inc., <br><br>Plaintiffs, <br><br>v. <br><br>APPLE, INC., a corporation; and DOES 1 through 100, inclusive, <br><br>Defendants. | Case No. 13-CV-2003-GAF (AJWx) <br><br>**DEFENDANT APPLE INC.'S NOTICE OF MOTION AND MOTION TO DISMISS AND/OR TO STRIKE FIRST AMENDED COMPLAINT** <br><br>Hearing Date: June 10, 2013 <br>Time: 9:30 a.m. <br>Judge: Hon. Gary A. Feess <br>Courtroom: 740 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on June 10, 2013, at 9:30 a.m., or as soon thereafter as this motion may be heard in the above-entitled court, located at 255 East Temple Street, Los Angeles, California, defendant Apple Inc. ("Apple") will, and hereby does, move this Court, pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), 9(b), and 12(f) for an order dismissing and/or striking all of the claims set forth in the First Amended Complaint filed by Plaintiff Ross Missaghi ("Plaintiff") with prejudice. Specifically, Apple seeks an order: (1) dismissing all causes of action pled in the complaint on the ground that Plaintiff has failed to state a claim upon which relief can be granted; (2) dismissing Plaintiff's claim under the "fraudulent" prong of California's Unfair Competition Law (Bus. & Prof. Code § 17200) for failure to plead this claim with particularity under Rule 9(b); (3) dismissing Plaintiff's claims related to devices that Plaintiff never purchased for lack of standing (or, alternatively, striking all claims related to the devices that Plaintiff never purchased); (4) striking Plaintiff's class allegations because the proposed class includes consumers who have suffered no harm and therefore have no Article III standing; and (5) dismissing (or in the alternative, striking) all claims for injunctive relief because Plaintiff has not demonstrated a risk of future injury.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on April 11, 2013. The parties were unable to reach a resolution, necessitating the instant motion.

This Motion is based on this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, all other pleadings, papers, and evidence on file in this matter, and such other matters or argument as may be provided on or before the hearing thereof.

//
//
//

- 1 -

APPLE'S NOTICE OF MOT. & MOT. TO DISMISS AND/OR TO STRIKE
CASE NO. 13-CV-2003-GAF (AJWx)

| | |
|---|---|
| Dated: April 19, 2013 | RICHARD B. GOETZ<br>MATTHEW D. POWERS<br>KELSEY M. LARSON<br>O'MELVENY & MYERS LLP<br><br>By: /s/ Matthew D. Powers<br>      Matthew D. Powers<br>Attorneys for Defendant<br>Apple Inc. |