LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-02003 GAF (AJWx) | Date | January 14, 2014 |
|---|---|---|---|
| Title | Ross Missaghi v. Apple Inc et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Stephen Montes Kerr | None | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendant: | |
| None | | None | |

**Proceedings:**      (In Chambers)

### ORDER RE: SCHEDULE

The following sets forth the schedule leading to the hearing on the motion for class certification in this case.

| | |
|---|---|
| Discovery to be completed: | August 29, 2014 |
| Motion for Class Certification: | September 8, 2014 |
| Opposition to Motion: | October 6, 2014 |
| Reply to Opposition: | October 27, 2014 |
| Hearing: | November 10, 2014 at 9:30 a.m. |

Discovery is limited to issues pertaining to class certification.  The Court recognizes that certification of a class may require some inquiry into issues pertaining to the merits, which would be permitted.  If disputes arise regarding the proper scope of class discovery, those matters are to be presented to the assigned Magistrate Judge.  The Court also orders disclosure of experts on the following schedule:

| | |
|---|---|
| Plaintiff's expert disclosure: | On or before June 13, 2014. |
| Defendant's expert disclosure: | On or before July 11, 2014. |

**LINK:**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-02003 GAF (AJWx) | Date | January 14, 2014 |
|---|---|---|---|
| Title | Ross Missaghi v. Apple Inc et al | | |

Depositions of the experts should be concluded prior to the filing of the motion. However, if either side submits declarations or other information from their experts that expands or alters the information provided in discovery, the opposing party may seek permission from the Magistrate Judge to seek additional discovery regarding any such changes or additions.

**IT IS SO ORDERED.**