FARZAD RASTEGAR (State Bar #155555)
farzad@rastegarlawgroup.com
DOUGLAS W. PERLMAN (State Bar #167203)
dwp@rastegarlawgroup.com
**RASTEGAR LAW GROUP, APC**
1010 Crenshaw Boulevard, Suite 100
Torrance, California 90501
Tel. (310) 961-9600
Fax.(310) 961-9094

Attorneys for Plaintiff Ross Missaghi, and other similarly situated customers of Apple, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSS MISSAGHI, individually, and on behalf of all other similarly situated customers of Apple, Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> APPLE, INC., a corporation; and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO. 13-CV-2003-GAF (AJWx) <br><br> **NOTICE OF SETTLEMENT** |

TO THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that the parties to the above-captioned case have reached an agreement resolving this case. The parties expect to file a stipulation of dismissal within 45 days.

DATED: September 15, 2014            Respectfully submitted,

**RASTEGAR LAW GROUP, APC**

By:   */s/ Douglas W. Perlman*
Douglas W. Perlman
Attorneys for Plaintiffs