RICHARD B. GOETZ (S.B. #115666)
rgoetz@omm.com
KELSEY M. LARSON (S.B. #267982)
klarson@omm.com
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

MATTHEW D. POWERS (S.B. #212682)
mpowers@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Defendant
Apple Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ROSS MISSAGHI, individually, and on behalf of all other similarly situated customers of Apple, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE, INC., a corporation; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. 13-CV-02003-GAF (AJWx) <br><br> **JOINT STATUS REPORT** <br><br> Judge: Hon. Gary A. Feess <br> Courtroom: 740 |

Pursuant to this Court's Order of September 16, 2014, Plaintiff Ross Missaghi and Defendant Apple Inc. hereby submit this Joint Status Report on the parties' progress in preparing a written settlement agreement.

The parties are currently preparing a written agreement memorializing the terms of the settlement, and anticipate finalizing that agreement within the next two weeks. After completion of the settlement agreement, the parties will promptly file a request to dismiss this action with prejudice.

Dated: October 29, 2014

RICHARD B. GOETZ
MATTHEW D. POWERS
KELSEY M. LARSON
O'MELVENY & MYERS LLP

By: /s/ Matthew D. Powers
    Matthew D. Powers
Attorneys for Defendant
Apple Inc.

Dated: October 29, 2014

FARZAD RASTEGAR
DOUGLAS W. PERLMAN
RASTEGAR LAW GROUP, APC

By: /s/ Douglas W. Perlman
    Douglas W. Perlman
Attorneys for Plaintiff
Ross Missaghi

## **ATTESTATION OF FILING**

The filing attorney attests that he has obtained concurrence and authorization regarding the filing of the document from the signatories to this document.

Dated: October 29, 2014

RICHARD B. GOETZ
MATTHEW D. POWERS
KELSEY M. LARSON
O'MELVENY & MYERS

By: /s/ Matthew D. Powers
      Matthew D. Powers
Attorneys for Defendant
Apple Inc.